UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| BRANDEN F. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:24-CV-00026 |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

**JUDGMENT**

For the reasons set forth in the accompanying Agreed Order of Remand Under Sentence Four of 42 U.S.C. § 405(g) filed this day, the Court finds it appropriate to **GRANT** the Parties' Joint Motion for Remand [Doc. 18]. Accordingly, the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings.

ENTER:

                                            *s/LeAnna R. Wilson*
                                            CLERK OF COURT